# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS INC.,<br>　　　　　　　　　　Debtors. | Chapter 11<br>Bk. Case No. 08-13555-scc |
| LEHMAN BROTHERS HOLDINGS INC.<br>　　　　　　　　　　Plaintiff,<br>v.<br>1ST ADVANTAGE MORTGAGE, LLC *et al.*,<br>　　　　　　　　　　Defendant. | Adv. Pro. No. 16-01019-scc |
| LEHMAN BROTHERS HOLDINGS INC.<br>　　　　　　　　　　Plaintiff,<br>v.<br>HOME LOAN CENTER INC.,<br>　　　　　　　　　　Defendant. | Adv. Pro. No. 16-01342-scc |

## NOTICE OF PENDENCY OF CASE UNDER CHAPTER 11 OF THE FEDERAL BANKRUPTCY CODE AND OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on July 21, 2019, a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") was filed in the United States Bankruptcy Court for the Northern District of California, San Jose Division, by Home Loan Center, Inc. (the "Debtor"). A copy of the electronic Notice of Bankruptcy Case Filing for the Debtor is attached hereto as Exhibit A. The Debtor is filing this notice for informational purposes only.

PLEASE TAKE FURTHER NOTICE that as a result of the pendency of the bankruptcy case and the application of 11 U.S.C. § 362, proceedings against the Debtor are automatically stayed. The automatic injunction granted by 11 U.S.C. § 362(a) will remain in effect until the

1

bankruptcy case is dismissed or closed, modified by a plan, or until such earlier times as set forth in Bankruptcy Code sections 362(c), (d), (e) and (f).

Dated: July 22, 2019

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ Jesse T. Smallwood*

Jesse T. Smallwood
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jsmallwood@wc.com

*Proposed Special Litigation and Appellate Counsel for Debtor Home Loan Center, Inc.*

# Exhibit A

United States Bankruptcy Court
Northern District of California

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 07/21/2019 at 5:40 PM and filed on 07/21/2019.

**Home Loan Center, Inc.**
11115 Rushmore Drive
Charlotte, NC 28277
SSN / ITIN: xxx-xx-0598

The debtor's attorney is:

**Malhar Pagay**
Pachulski, Stang, Ziehl, Young and Jones
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067
(310) 277-6910

The case was assigned case number 19-51455.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.canb.uscourts.gov/ or at the Clerk's Office, 280 South First Street, Room 3035, San Jose, CA 95113.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Edward J. Emmons**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/21/2019 18:04:00 | | |
| **PACER Login:** PS000038:2617082:0 | **Client Code:** | 36859.001 |

| Description: | Notice of Filing | Search Criteria: | 19-51455 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |